**RECEIVED**
JAN 3 0 2006
CLERK, U.S. DISTRICT COURT
JUNEAU, ALASKA

James P. Jacobsen
BEARD STACEY TRUEB & JACOBSEN, LLP
821 N Street, Suite 205
Anchorage, AK 99501
(907) 272-7207

Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA AT JUNEAU

| | |
|---|---|
| ANTHONY IAN BAXTER ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ALASKA SHIP AND DRY DOCK, INC. ) | |
| ) | |
| Defendants. ) | 1:06-cv-00004-JWS |
| ) | Case No.: J 06-0004 CV JWS |

### DEMAND FOR JURY TRIAL

Plaintiff, through counsel Beard Stacey Trueb & Jacobsen, LLP, herein demands a trial by jury in the above captioned matter.

Dated this 19th day of January, 2006.

Beard Stacey Trueb & Jacobsen, LLP

By: _____
James P. Jacobsen, ABA #9511051
Attorney for Plaintiff

Demand For Jury Trial
Page 1