LAURA L. FARLEY, ESQ.
FARLEY & GRAVES, P. C.
3003 Minnesota Drive, Suite 300
Anchorage, Alaska  99503
(907)  274-5100  Fax (907) 274-5111

Attorneys for Defendant Alaska Ship & Drydock, Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA AT JUNEAU

| | |
|---|---|
| ANTHONY IAN BAXTER,<br><br>            Plaintiff,<br><br>    v.<br><br>ALASKA SHIP AND DRY DOCK, INC.,<br><br>            Defendant. | Case No. J06-0004 CV JWS<br>(1:06-cv-00004-JWS) |

## **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Defendant, Alaska Ship & Drydock, Inc., hereby appears in the above-captioned action through the undersigned attorneys and requests that all further papers and pleadings herein, except original process, be served upon the undersigned attorneys at the address below stated.

NOTICE OF APPEARANCE
BAXTER V. ALASKA SHIP AND DRY DOCK
CASE NO. J06-0004 CV JWS
Page 1 of 2
/kpw

30359 hc240205

FARLEY & GRAVES, P. C.
3003 Minnesota Drive, Suite 300
Anchorage, AK  99503

DATED this 24th day of March 2006 at Anchorage, Alaska.

FARLEY & GRAVES, P. C.

By: s/Laura L. Farley
LAURA L. FARLEY
3003 Minnesota Drive, Suite 300
Anchorage, AK  99503
Ph. (907) 274-5100
Fax (907) 274-5111
E-mail:   lfarley@farleygraves.com
          kwarne@farleygraves.com
Alaska Bar No.:  9211078
Attorneys for Defendant Alaska Ship & Drydock, Inc.

**CERTIFICATE OF SERVICE**

Pursuant to Civil Rule 5, I hereby certify that on this 24th day of March 2006 a true and correct copy of the foregoing NOTICE OF APPEARANCE was served electronically on the following person(s):

James P. Jacobsen, Esq.
Beard, Stacey, Trueb, & Jacobsen, LLP
821 N Street, Suite 205
Anchorage, AK  99501

By: s/Karen P. Warne, Legal Secretary