James P. Jacobsen
BEARD STACEY TRUEB & JACOBSEN, LLP
821 N Street, Suite 205
Anchorage, AK 99501
Tel: (907) 272-7207
Fax: (907) 274-9115
email: maritimelaw@alaska.net

Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA AT JUNEAU

| | |
|---|---|
| ANTHONY IAN BAXTER | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| ALASKA SHIP AND DRY DOCK, INC. | ) ) ) |
| Defendants. | ) ) ) |
| | ) Case No.: 1:06-cv-00004-JWS |

### PROOF OF SERVICE

Plaintiff, through counsel Beard Stacey Trueb & Jacobsen, LLP, herein submits the following: one return receipt card, attached hereto, duly evidencing service of a copy of the Complaint and attached Summonses by way of Certified Mail, Restricted Delivery on H. Clay Keene, registered agent for defendant.

Proof of Service
Page 1

Baxter v. AK Ship and Dry Dock, Inc., 1:06-cv-00004-JWS

[Certified mail return receipt card addressed to:
H Clay Keene, Registered Agent For: Alaska Ship & Dry Dock, 540 Water St., Ste. 302, Ketchikan, AK 99901. Article Number: 7002 0460 0000 4296 3368. Signed by H Clay Keene, delivered 2/15/06.]

Dated this 20th day of March, 2006.

Beard Stacey Trueb & Jacobsen, LLP

s/ James P. Jacobsen
821 N Street, Suite 205
Anchorage, AK 99501
Tel: (907) 272-7207
Fax: (907) 274-9115
email: maritimelaw@alaska.net
Attorney for Plaintiff
ABA# 9511051

Proof of Service
Page 2

Baxter v. AK Ship and Dry Dock, Inc., 1:06-cv-00004-JWS