James P. Jacobsen
BEARD STACEY TRUEB & JACOBSEN, LLP
821 N Street, Suite 205
Anchorage, AK 99501
Tel:  (907) 272-7207
Fax: (907) 274-9115
email: maritimelaw@alaska.net

Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA AT JUNEAU

| | |
|---|---|
| ANTHONY IAN BAXTER            ) | |
|                 Plaintiff,   ) | |
| v.                             ) | |
| ALASKA SHIP AND DRY DOCK, INC. ) | |
|                 Defendants. ) | |
| _____) | Case No.: 1:06-cv-00004-JWS |

**PROOF OF SERVICE**

Plaintiff, through counsel Beard Stacey Trueb & Jacobsen, LLP, herein submits the following: one return receipt card, attached hereto, duly evidencing service of a copy of the Complaint and attached Summonses by way of Certified Mail, Restricted Delivery on H. Clay Keene, registered agent for defendant.

[Certified mail return receipt card addressed to:
H Clay Keene, Registered Agent For: Alaska Ship & Dry Dock, LLC, 540 Water St., Ste. 302, Ketchikan, AK 99901
Article Number: 7002 0460 0000 4296 3368
Signed by H Clay Keene, Date of Delivery 2/15/06]

Dated this 20th day of March, 2006.

                                                        **Beard Stacey Trueb & Jacobsen, LLP**

                                                        s/ James P. Jacobsen
                                                        821 N Street, Suite 205
                                                        Anchorage, AK 99501
                                                        Tel: (907) 272-7207
                                                        Fax: (907) 274-9115
                                                        email: maritimelaw@alaska.net
                                                        Attorney for Plaintiff
                                                        ABA# 9511051