LAURA L. FARLEY, ESQ.
FARLEY & GRAVES, P. C.
3003 Minnesota Drive, Suite 300
Anchorage, Alaska  99503
(907)  274-5100  Fax (907) 274-5111

Attorneys for Defendant Alaska Ship & Drydock, Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA AT JUNEAU

| | |
|---|---|
| ANTHONY IAN BAXTER,<br><br>                 Plaintiff,<br><br>v.<br><br>ALASKA SHIP AND DRY DOCK, INC.,<br><br>                 Defendant. | Case No. J06-0004 CV JWS<br>(1:06-cv-00004-JWS) |

## ANSWER TO COMPLAINT FOR PERSONAL INJURIES

Defendant, Alaska Ship & Drydock, Inc., through its counsel, Farley & Graves, P.C., hereby answers Plaintiff's Complaint for Personal Injuries as follows:

## INTRODUCTION

Answering paragraph 1, upon information and belief, Defendant admits Plaintiff was employed by the State of Alaska as a seaman. The remaining allegations in this paragraph do not require response from Defendant.

Answering paragraph 2, Defendant admits the allegations contained therein.

Answering paragraph 3, upon information and belief, Defendant admits the allegations contained therein.

Answering paragraph 4, Defendant admits the allegations contained therein.

Answering paragraph 5, Defendant admits the allegations contained therein.

## NEGLIGENCE

Answering paragraph 6, no response is necessary.

Answering paragraph 7, upon information and belief, Defendant admits the allegations contained therein.

Answering paragraph 8, Defendant admits the allegations contained therein.

Answering paragraph 9, Defendant admits that on or about October 17, 2005, Plaintiff fell through an open hatch on the M/V MATANUSKA which was opened by Defendant. Defendant admits the safety chain was not in place. Defendant denies that it failed to act reasonably under the circumstances.

Answering paragraph 10, Defendant has insufficient information to admit or deny allegations regarding injuries and/or damages suffered by Plaintiff.

FARLEY & GRAVES, P. C.
3003 MINNESOTA DRIVE, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 274-5100   FAX (907) 274-5111

Answering paragraph 11, Defendant has insufficient information to admit or deny allegations regarding injuries and/or damages suffered by Plaintiff.

**AFFIRMATIVE DEFENSES**

1. Plaintiff's injuries were proximately caused by his own negligence.

2. Plaintiff may have failed to mitigate his damages.

DATED this 7th day of April 2006 at Anchorage, Alaska.

> FARLEY & GRAVES, P. C.
>
> By: s/Laura L. Farley
> LAURA L. FARLEY
> 3003 Minnesota Drive, Suite 300
> Anchorage, AK  99503
> Ph. (907) 274-5100
> Fax (907) 274-5111
> E-mail:   lfarley@farleygraves.com
> kwarne@farleygraves.com
> Alaska Bar No.:  9211078
> Attorneys for Defendant Alaska Ship & Drydock, Inc.

**CERTIFICATE OF SERVICE**

Pursuant to Civil Rule 5, I hereby certify that on this 7th day of March 2006 a true and correct copy of ANSWER TO COMPLAINT FOR PERSONAL INJURIES was served electronically on the following person(s):

James P. Jacobsen, Esq.
Beard, Stacey, Trueb, & Jacobsen, LLP
821 N Street, Suite 205
Anchorage, AK  99501

By: s/Laura L. Farley

ANSWER TO COMPLAINT FOR PERSONAL INJURIES
BAXTER V. ALASKA SHIP AND DRY DOCK
CASE NO. J06-0004 CV JWS
Page 3 of 3
/kpw

30359 hd070207

FARLEY & GRAVES, P. C.
3003 MINNESOTA DRIVE, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 274-5100   FAX (907) 274-5111