LAURA L. FARLEY, ESQ.
FARLEY & GRAVES, P. C.
3003 Minnesota Drive, Suite 300
Anchorage, Alaska  99503
(907)  274-5100  Fax (907) 274-5111

Attorneys for Defendant Alaska Ship & Drydock, Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA AT JUNEAU

| | |
|---|---|
| ANTHONY IAN BAXTER,<br><br>          Plaintiff,<br><br>v.<br><br>ALASKA SHIP AND DRY DOCK, INC.,<br><br>          Defendant. | Case No. J06-0004 CV JWS<br>(1:06-cv-00004-JWS) |

## REQUEST FOR EXTENSION OF TIME RE RULE 26(f) REPORT

Defendant, Alaska Ship & Drydock, Inc., through its counsel, Farley & Graves, P. C., requests an extension of time for the parties to file their Rule 26(f) report.  Counsel for both parties are currently in a two-week Ketchikan trial together in another case and have been unable to discuss discovery issues at this time in this case.  Counsel will file their Rule 26(f) report by **May 18, 2006.**

REQUEST FOR EXTENSION OF TIME RE RULE 26(f) REPORT
BAXTER V. ALASKA SHIP AND DRY DOCK
CASE NO. J06-0004 CV JWS

Page 1 of 2

/kpw

30359 he090206

DATED this 9th day of May 2006 at Anchorage, Alaska.

          FARLEY & GRAVES, P. C.

          By: s/Laura L. Farley
           LAURA L. FARLEY
           3003 Minnesota Drive, Suite 300
           Anchorage, AK  99503
           Ph. (907) 274-5100
           Fax (907) 274-5111
           E-mail:   lfarley@farleygraves.com
               kwarne@farleygraves.com
           Alaska Bar No.:  9211078
           Attorneys for Defendant Alaska Ship & Drydock, Inc.

**CERTIFICATE OF SERVICE**

Pursuant to Civil Rule 5, I hereby certify that on this 9th day of May 2006 a true and correct copy of REQUEST FOR EXTENSION OF TIME RE RULE 26(f) REPORT was served electronically on the following person(s):

 James P. Jacobsen, Esq.
 Beard, Stacey, Trueb, & Jacobsen, LLP
 821 N Street, Suite 205
 Anchorage, AK  99501

By: s/Laura L. Farley

REQUEST FOR EXTENSION OF TIME RE RULE 26(f) REPORT
BAXTER V. ALASKA SHIP AND DRY DOCK
CASE NO. J06-0004 CV JWS
  Page 2 of 2  /kpw

30359 he090206