LAURA L. FARLEY, ESQ.
FARLEY & GRAVES, P. C.
3003 Minnesota Drive, Suite 300
Anchorage, Alaska  99503
(907)  274-5100  Fax (907) 274-5111

E-mail:lfarley@farleygraves.com
kwarne@farleygraves.com

Attorneys for Defendant Alaska Ship & Drydock, Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA AT JUNEAU

| | |
|---|---|
| ANTHONY IAN BAxTER,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ALASKA SHIP AND DRY DOCK, INC.,<br><br>　　　　　　　Defendant. | Case No. J06-0004 CV JWS<br>(1:06-cv-00004-JWS) |

**[PROPOSED] ORDER GRANTING REQUEST FOR EXTENSION OF TIME RE RULE 26(f) REPORT**

　　This Court having considered Defendant's Request for Extension of Time Re Rule 26(f) Report,

[PROPOSED] ORDER GRANTING REQUEST FOR EXTENSION
OF TIME RE RULE 26(f) REPORT
BAXTER V. ALASKA SHIP AND DRY DOCK
CASE NO. J06-0004 CV JWS

Page 1 of 2                                                                 /kpw

30359 he090208

IT IS ORDERED that Defendant's Request is GRANTED. The parties' Rule 26(f) report is due **May 18, 2006.**

DATED this _____ day of _____ 2006 at Anchorage, Alaska.

By: _____
The Honorable John W. Sedwick

**CERTIFICATE OF SERVICE**

Pursuant to Civil Rule 5, I hereby certify that on this 9th day of May 2006 a true and correct copy of [Proposed] ORDER GRANTING REQUEST FOR EXTENSION OF TIME RE RULE 26(f) REPORT was served electronically on the following person(s):

James P. Jacobsen, Esq.
Beard, Stacey, Trueb, & Jacobsen, LLP
821 N Street, Suite 205
Anchorage, AK  99501

By: s/Laura L. Farley

FARLEY & GRAVES, P. C.
3003 MINNESOTA DRIVE, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 274-5100   FAX (907) 274-5111

[PROPOSED] ORDER GRANTING REQUEST FOR EXTENSION OF TIME RE RULE 26(f) REPORT
BAXTER V. ALASKA SHIP AND DRY DOCK
CASE NO. J06-0004 CV JWS

Page 2 of 2                                                             /kpw

30359 he090208