LAURA L. FARLEY, ESQ.
FARLEY & GRAVES, P. C.
3003 Minnesota Drive, Suite 300
Anchorage, Alaska  99503
(907)  274-5100  Fax (907) 274-5111

E-mail:lfarley@farleygraves.com
kwarne@farleygraves.com

Attorneys for Defendant Alaska Ship & Drydock, Inc.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA AT JUNEAU

| | |
|---|---|
| ANTHONY IAN BAXTER,<br><br>                    Plaintiff,<br><br>              v.<br><br>ALASKA SHIP AND DRY DOCK, INC.,<br><br>                    Defendant. | Case No. J06-0004 CV JWS<br>(1:06-cv-00004-JWS) |

### ORDER GRANTING REQUEST FOR EXTENSION OF TIME RE RULE 26(f) REPORT

This Court having considered Defendant's Request for Extension of Time Re Rule 26(f) Report,

IT IS ORDERED that Defendant's Request is GRANTED.  The parties' Rule 26(f) report is due **May 18, 2006.**

DATED this 11th day of  May 2006 at Anchorage, Alaska.

/s/
The Honorable John W. Sedwick
United States District Court Judge

ORDER GRANTING REQUEST FOR EXTENSION OF TIME RE RULE 26(f) REPORT
30359 he090208

Page 1 of 1