James P. Jacobsen
BEARD STACEY TRUEB & JACOBSEN, LLP
821 N Street, Suite 205
Anchorage, AK 99501
Tel:  (907) 272-7207
Fax: (907) 274-9115
email: maritimelaw@alaska.net

Attorney for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA AT JUNEAU**

| | |
|---|---|
| ANTHONY IAN BAXTER ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ALASKA SHIP AND DRY DOCK, INC. ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____ )  | Case No.: 1:06-cv-00004-JWS |

**SCHEDULING AND PLANNING CONFERENCE REPORT**

1.    **Meeting.**  In accordance with F.R.Civ.P. 26(f), a meeting was held on **May 18, 2006** and was attended by:

   **James P. Jacobsen, attorney for plaintiff Anthony Ian Baxter.**

   **Laura L. Farley, attorney for defendant Alaska Ship and Dry Dock, Inc.**

The parties recommend the following:

2.    **Pre-Discovery Disclosures.**  The information required by F.R.Civ.P. 26(a)(1):

   _____ have been exchanged by the parties.

   __X__ will be exchanged by the parties by **June 9, 2006.**

Proposed changes to disclosure requirements: **None**.

Preliminary witness lists.

   _____ have been exchanged by the parties.

   __X__ will be exchanged by the parties by **July 10, 2006.**

3. **Contested Issues of Fact and Law.** Preliminarily, the parties expect the following issues of fact and/or law to be presented to the court at trial in this matter:

  **General maritime law issues of negligence and the nature and extent of plaintiff's injuries.**

4. **Discovery Plan.** The parties jointly propose to the court the following discovery plan.

  A. Discovery will be needed on the following issues:

  **Liability and damages and defenses to each.**

  B. All discovery commenced in time to be completed by **May 4, 2007.**

  C. Limitations on Discovery.

   1. Interrogatories.

    __X__ No change from F.R.Civ.P. 33(a).

    _____ Maximum of _____ by each party to any other party.

    Responses due in _____ days.

   2. Requests for Admissions.

    __X__ No change from F.R.Civ.P. 36(a).

    _____ Maximum of _____ by each party to any other party.

                Responses due in _____ days.

     3.     Depositions.

        **X**  No change from F.R.Civ.P. 36(a), (d).

       _____ Maximum of _____ depositions by each party.

       Depositions not to exceed _____ hours unless agreed to by all parties.

D.     Reports from retained experts.

     **X**   Not later than 90 days before the close of discovery subject to F.R.Civ.P. 26(a)(2)(C).

   _____Reports due:

From plaintiff_____; From defendant_____.

E.     Supplementation of disclosures and discovery responses are to be made:

     **X**   Periodically at 60-day intervals from the entry of scheduling and planning order.

   _____ As new information is acquired, but not later than 60 days before the close of discovery.

F.     A final witness list, disclosing all lay and expert witnesses whom a party may wish to call at trial, will be due:

     **X**   45 days prior to the close of discovery.

     \_\_\_\_\_ Not later than _____.

5.    **Pretrial Motions.**

   **X**   No change from D.Ak. LR 16.1(c).

The following changes to D.Ak. LR 16.1(c). *Check and complete all that apply.*

        _____Motions to amend pleadings or add parties to be filed not later than_____.

        \_\_\_\_\_Motions under the discovery rules must be filed not later than _____.

        _____Motions in limine and dispositive motions must be filed not later than _____.

6. **Other Provisions.**

    A.    **X**  The parties do not request a conference with the court before the entry of the scheduling order.

      _____The parties request a scheduling conference with the court on the following issue(s):

    B.  Alternative Dispute Resolution. [D.Ak. LR 16.2].

      _____This matter is not considered a candidate for court-annexed alternative dispute resolution.

      \_\_\_\_**X**\_\_\_The parties will file a request for alternative dispute resolution not later than **February 1, 2007.**

        **X**  Mediation    \_\_\_\_\_Early Neutral Evaluation

    C.  The parties \_\_\_\_do **X** not consent to trial before a magistrate judge.

    D.  Compliance with the Disclosure Requirements of F.R.Civ.P. 7.1

      \_\_\_\_All parties have complied.  **X** Compliance not required by any party.

7. **Trial.**

    A.  The matter will be ready for trial:

      **X**  45 days after the discovery close date.

      \_\_\_\_not later than _____.

    B.  This matter is expected to take **8** days to try.

  C. Jury Demanded __X__ Yes ____ No.

  Right to jury trial disputed? ____ Yes __X__ No.

Dated this 18th day of May, 2006.

**Beard Stacey Trueb & Jacobsen, LLP**

s/ James P. Jacobsen
821 N Street, Suite 205
Anchorage, AK 99501
Tel: (907) 272-7207
Fax: (907) 274-9115
email: maritimelaw@alaska.net
Attorney for Plaintiff
ABA# 9511051

Dated this 18th day of May, 2006.

**Farley & Graves, P.C.**

s/ Laura L. Farley
3003 Minnesota Dr., Ste. 300
Anchorage, AK 99503
Tel: (907) 274-5100
Fax: (907) 274-5111
email: lfarley@farleygraves.com
Attorney for Defendant
ABA# 9211078