LAURA L. FARLEY, ESQ.
FARLEY & GRAVES, P. C.
807 G Street, Suite 250
Anchorage, Alaska  99501
(907)  274-5100  Fax (907) 274-5111

Attorneys for Defendant Alaska Ship & Drydock, Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA AT JUNEAU

| | |
|---|---|
| ANTHONY IAN BAXTER,<br><br>             Plaintiff,<br><br>v.<br><br>ALASKA SHIP AND DRY DOCK, INC.,<br><br>             Defendant. | Case No. J06-0004 CV JWS<br>(1:06-cv-00004-JWS) |

## NOTICE OF CHANGE OF ADDRESS

Farley & Graves, P.C., counsel for Alaska Ship and Dry Dock, Inc. is moving.  The new address as of October 30, 2006 is:

807 G Street, Suite 250
Anchorage, Alaska  99501
Phone 1(907) 274-5100
Fax 1(907) 274-5111

NOTICE OF CHANGE OF ADDRESS
BAXTER V. ALASKA SHIP AND DRY DOCK
CASE NO. J06-0004 CV JWS

Page 1 of 2                                    /KH

30359 hj230219

Phone and fax numbers will remain the same.

DATED this 26th day of October 2006 at Anchorage, Alaska.

           FARLEY & GRAVES, P. C.

By: s/Laura L. Farley
    LAURA L. FARLEY
    807 G Street, Suite 250
    Anchorage, AK  99501
    Ph. (907) 274-5100
    Fax (907) 274-5111
    E-mail:   lfarley@farleygraves.com
                Karen.helton@farleygraves.com
    Alaska Bar No.: 9211078
    Attorneys for Defendant Alaska Ship &
    Drydock, Inc.

**CERTIFICATE OF SERVICE**

Pursuant to Civil Rule 5, I hereby certify that on this 26th day of October 2006 a true and correct copy of the foregoing was served electronically on the following person(s):

    James P. Jacobsen, Esq.
    Beard, Stacey, Trueb, & Jacobsen, LLP
    821 N Street, Suite 205
    Anchorage, AK  99501

By: s/Laura L. Farley

FARLEY & GRAVES, P. C.
807 G STREET, SUITE 250
ANCHORAGE, ALASKA 99501
(907) 274-5100   FAX (907) 274-5111