James P. Jacobsen
BEARD STACEY TRUEB & JACOBSEN, LLP
4039 21st Ave., W., Ste. 401
Seattle, WA 98199
Tel:  (206) 282-3100
Fax: (206) 282-1149
email: jjacobsen@maritimelawyer.us

Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA AT JUNEAU

ANTHONY IAN BAXTER        )
                          )
            Plaintiff,    )
                          )
v.                        )
                          )
ALASKA SHIP AND DRY DOCK, INC.  )
                          )
            Defendants.   )
                          )
_____  )     Case No.: 1:06-cv-00004-JWS

## NOTICE OF CHANGE OF ADDRESS, TELEPHONE NUMBER, AND FAX NUMBER

Please take notice that the address, telephone number, and fax number for Beard Stacey

Trueb & Jacobsen, LLP, counsel for plaintiff in the above captioned matter, has changed.  The new

address, telephone number, and fax number, effective immediately, is:

4039 21st Avenue, West, Suite 401
Seattle, Washington 98199
Phone: (206) 282-3100
Fax: (206) 282-1149

Notice of Change of Address,
Telephone Number, and Fax Number
Baxter v. AK Ship and Dry Dock, Inc.,
1:06-cv-00004-JWS
Page 1

BEARD STACEY
TRUEB & JACOBSEN, LLP
ATTORNEYS AT LAW
SEATTLE · ANCHORAGE

4039 · 21ST AVENUE WEST, SUITE 401
SEATTLE, WASHINGTON 98199
TELEPHONE (206) 282-3100

The Beard Stacey Trueb & Jacobsen Anchorage office will be open by appointment only, and will not accept deliveries, service of pleadings, or service of process.

Dated this 12th day of January, 2007.

**Beard Stacey Trueb & Jacobsen, LLP**

s/ James P. Jacobsen
4039 21st Ave., W., Ste. 401
Seattle, WA 98199
Tel:  (206) 282-3100
Fax: (206) 282-1149
email: jjacobsen@maritimelawyer.us
Attorney for Plaintiff
ABA# 9511051

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Laura L. Farley
lfarley@farleygraves.com; khelton@farleygraves.com


 s/Marianne V. Jacka
Marianne V. Jacka

Notice of Change of Address,
Telephone Number, and Fax Number
Baxter v. AK Ship and Dry Dock, Inc.,
1:06-cv-00004-JWS
Page 2

BEARD STACEY
TRUEB & JACOBSEN, LLP
ATTORNEYS AT LAW
SEATTLE · ANCHORAGE

4039 · 21ST AVENUE WEST, SUITE 401
SEATTLE, WASHINGTON 98199

TELEPHONE (206) 282-3100