James P. Jacobsen
BEARD STACEY TRUEB & JACOBSEN, LLP
4039 21st Avenue West, Suite 401
Seattle, WA 98199
T: (206) 282-3100
F: (206) 282-1149
email: jjacobsen@maritimelawyer.us

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT AT ALASKA AT JUNEAU

| | |
|---|---|
| ANTHONY IAN BAXTER,<br><br>Plaintiff,<br><br>v.<br><br>ALASKA SHIP AND DRY DOCK, INC.,<br><br>Defendant. | <br><br><br><br><br><br><br><br>Case No.: 1:06-cv-00004-JWS |

### NOTICE OF UNAVAILABILITY OF COUNSEL

The undersigned counsel for Plaintiff hereby informs the Court and all parties of record and counsel that he will be unavailable from February 16 - February 27, 2007. Plaintiff requests that no proceedings be scheduled during counsel's above-stated absence and that any motions and other matters pertaining to the above-captioned lawsuit be scheduled such that counsel for Plaintiff has adequate time to respond, taking into account the above-noted period of absence.

//

//

NOTICE OF UNAVAILABILITY OF COUNSEL
Baxter v. Alaska Ship and Dry Dock, Inc.
1:06-cv-00004-JWS                    1

BEARD STACEY
TRUEB & JACOBSEN, LLP
ATTORNEYS AT LAW
SEATTLE · ANCHORAGE

4039 - 21ST AVENUE WEST, SUITE 401
SEATTLE, WASHINGTON 98199

TELEPHONE (206) 282-3100

DATED this 7th day of February, 2007.

**BEARD STACEY TRUEB &JACOBSEN, LLP**

/s/   James P. Jacobsen
James P. Jacobsen, ABA 9511051
Attorneys for Plaintiff
4039 21st Ave. W., Suite 401
Seattle, WA 98199
Tel: (206) 282-3100
Fax: (206) 282-1149
email: jjacobsen@maritimelawyer.us

**CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following:

Laura L. Farley
lfarley@farleygraves.com

Karen Helton
khelton@farleygraves.com

/s/Marci Umatum
Marci Umatum

NOTICE OF UNAVAILABILITY OF COUNSEL
Baxter v. Alaska Ship and Dry Dock, Inc.
1:06-cv-00004-JWS                2

BEARD STACEY
TRUEB & JACOBSEN, LLP
ATTORNEYS AT LAW
SEATTLE · ANCHORAGE

4039 - 21ST AVENUE WEST, SUITE 401
SEATTLE, WASHINGTON 98199

TELEPHONE (206) 282-3100