LAURA L. FARLEY, ESQ.
FARLEY & GRAVES, P. C.
807 G Street, Suite 250
Anchorage, Alaska  99501
(907)  274-5100  Fax (907) 274-5111

Attorneys for Defendant Alaska Ship & Drydock, Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA AT JUNEAU

| | |
|---|---|
| ANTHONY IAN BAXTER,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>ALASKA SHIP AND DRY DOCK, INC.,<br><br>　　　　　　Defendant. | Case No. J06-0004 CV JWS<br>(1:06-cv-00004-JWS) |

## STIPULATION TO DISMISS

The parties through their respective attorneys stipulate to the entry of an Order of Dismissal, with prejudice and with each party to bear their own attorneys' fees and costs, pursuant to Fed. R. Civ. P. 41(a)(1)(ii) for the reason that the parties have reached final settlement in this matter.

FARLEY & GRAVES, P. C.
807 G STREET, SUITE 250
ANCHORAGE, ALASKA 99501
(907) 274-5100   FAX (907) 274-5111

DATED this 12th day of June 2007 at Anchorage, Alaska.

    FARLEY & GRAVES, P. C.

    By: s/Laura L. Farley
       LAURA L. FARLEY
       807 G Street, Suite 250
       Anchorage, AK  99501
       Ph. (907) 274-5100
       Fax (907) 274-5111
       E-mail:   lfarley@farleygraves.com
                  karen.helton@farleygraves.com
       Alaska Bar No.:  9211078
       Attorneys for Defendant Alaska Ship & Drydock, Inc.

DATED this 12th day of June 2007 at Seattle, Washington.

    BEARD STACEY TRUEB & JACOBSEN, LLP

    By: s/James P. Jacobsen
       JAMES P. JACOBSEN
       4039 21st Avenue, W., Suite 401
       Seattle, WA  98199
       Ph. (206) 282-3100
       Fax (206) 282-1149
       E-mail:   jjacobsen@maritimelawyer.us
       Alaska Bar No.:  9511051
       Attorneys for Plaintiff Anthony Ian Baxter

FARLEY & GRAVES, P. C.
807 G STREET, SUITE 250
ANCHORAGE, ALASKA 99501
(907) 274-5100   FAX (907) 274-5111

STIPULATION TO DISMISS
BAXTER V. ALASKA SHIP AND DRY DOCK
CASE NO. J06-0004 CV JWS

Page 2 of 3                    /KH

30359 ie170202

**CERTIFICATE OF SERVICE**

    Pursuant to Civil Rule 5, I hereby certify that on this 12th day of June 2007 a true and correct copy of the following was served electronically on the following person(s):

James P. Jacobsen, Esq.
Beard, Stacey, Trueb, & Jacobsen, LLP
4039 21st Avenue West, Suite 401
Seattle, WA  98199


By:  s/Laura L. Farley

FARLEY & GRAVES, P. C.
807 G STREET, SUITE 250
ANCHORAGE, ALASKA 99501
(907) 274-5100   FAX (907) 274-5111

STIPULATION TO DISMISS
BAXTER V. ALASKA SHIP AND DRY DOCK
CASE NO. J06-0004 CV JWS

Page 3 of 3

/KH

30359 ie170202