MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*Anthony Ian Baxter*  v.  *Alaska Ship & Dry Dock Inc.*

THE HONORABLE JOHN W. SEDWICK        CASE NO. 1:06-cv-00004-JWS

PROCEEDINGS:  **ORDER FROM CHAMBERS**        Date: June 13, 2007

Based on the stipulation at docket 22, this case is **DISMISSED** with each party to bear its own costs and fees. The Clerk will please close the file.